BEULAH LUCAS v. CITY OF OXFORD.

(Division B.    April 7, 1924.)

[99 So. 510.    No. 23910.]

APPEAL from circuit court of Lafayette county.
HON. THOS. E. PEGRAM, Judge.

COOK, J., delivered the opinion of the court.

This case is controlled by its companion case of *Tommie Lee* v. *City of Oxford*, 99 So. 509, this day decided, wherein it was held that the testimony offered against Lee and this appellant was not sufficient to sustain the conviction.

*Reversed and remanded.*